No. 79–408.   CITY OF MILWAUKEE ET AL. *v.* ILLINOIS ET AL. C. A. 7th Cir.   [Certiorari granted, 445 U. S. 926.]   Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.

No. 79–900.   FEDERAL TRADE COMMISSION ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA.   C. A. 9th Cir.   [Certiorari granted, 445 U. S. 903.]   Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 79–983.   UNITED STATES *v.* WILL ET AL.   D. C. N. D. Ill.   [Probable jurisdiction postponed, 444 U. S. 1068]; and
No. 79–1689.   UNITED STATES *v.* WILL ET AL.   D. C. N. D. Ill.   [Probable jurisdiction postponed, 447 U. S. 919.]   Motion of appellees for divided argument granted.

No. 79–1260.   CHANDLER ET AL. *v.* FLORIDA.   Sup. Ct. Fla. [Probable jurisdiction noted, 446 U. S. 907.]   Motion of CBS, Inc., for leave to file a brief as *amicus curiae* granted. Motion of Post-Newsweek Stations, Florida, Inc., for leave to participate in oral argument as *amicus curiae* denied.

No. 79–1266.   STEADMAN *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 5th Cir.   [Certiorari granted, 446 U. S. 917.]   Motions of Securities Industry Association and National Committee of Discount Security Brokers for leave to participate in oral argument as *amici curiae* denied.

No. 79–1356.   JOHNSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.   C. A. 7th Cir.   [Certiorari granted, 448 U. S. 910.]   Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted, and 15 additional minutes allotted for that purpose.   Respondents also allotted 15 additional minutes for oral argument.